UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
EVALINA CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

      Plaintiffs,
  v.

LUXOTTICA U.S. HOLDINGS CORP

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ECF CASE
No.: 1:19-cv-11427-VSB

**NOTICE OF SETTLEMENT**

  Now comes the Plaintiff EVALINA CALCANO, on behalf of himself and all other persons similarly situated, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

  1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

  2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated: Melville, New York
   March 19, 2020

        Respectfully submitted,
        THE LAW OFFICE OF DARRYN SOLOTOFF

        _____ s/Darryn G. Solotoff_____
        Darryn G. Solotoff
        25 Melville Park Road, Suite 108
        Melville, New York 11747
        Phone: 516.695-0052
        ds@lawsolo.net
        *Attorney for Plaintiff*